BAILEY INDUSTRIES, INC.,
Plaintiff–Appellee,

v.

AMERISURE MUTUAL INSURANCE COMPANY, Defendant–Appellant.

No. 11–12596

United States Court of Appeals,
Eleventh Circuit.

Nov. 22, 2011.

Charles P. Schropp, Schropp Law Firm, PA, Tampa, FL, David Dale Guiley, Edmund A. Normand, Wooten Kimbrough Gibson Doherty & Normand, PA, Orlando, FL, for Plaintiff–Appellee.

Dorothy Venable Difiore, Andrew J. Lewis, Michael Bennett Stein, Haas Lewis Difiore, PA, Tampa, FL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that Defendant–Appellant Amerisure

Mutual Insurance Company has not shown any reversible error in the district court's order, dated May 6, 2011, granting summary judgment in part in favor of Plaintiff–Appellee Bailey Industries, Inc., as to the claim for $188,780.73. There was no cross-appeal of the district court's grant of summary judgment in part to Defendant–Appellant Amerisure as to the additional $540.00 sought by Plaintiff–Appellee Bailey Industries.

**AFFIRMED.**